**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| ReliaStar Life Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | Case No. 3:24-cv-78 |
| | ) | |
| Dakota Business Lending, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff ReliaStar Life Insurance Company filed a notice of voluntary dismissal. Doc. 36.

ReliaStar Life Insurance requests dismissal of the action prior to service of an answer. The Court

**ADOPTS** the notice (Doc. 36) and **ORDERS** the action dismissed pursuant to Rule 41(a)(1)(A)(i)

of the Federal Rules of Civil Procedure without prejudice and without attorney's fees, costs, or

disbursements to any party.

**IT IS SO ORDERED**.

Dated this 10th day of June, 2025.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court